UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAVEL VOLODKIN et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU et al., <br><br> Defendants. | CASE NO. 2:24-cv-00434-LK <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 28. Pursuant to the parties' stipulation, this action is hereby DISMISSED without prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 21st day of November, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1